ACCEPTED
04-15-00005-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/29/2015 5:23:11 PM
KEITH HOTTLE
CLERK

NO. 04-15-00005-CV

IN THE FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

01/29/2015 5:23:11 PM

KEITH E. HOTTLE
Clerk

SANDRA IKENAGA

Appellant

v.

JACK IKENAGA, JR., NANCY SUMNERS, CHRISTINE IKENAGA,
PATRICK GASIOROWSKI, ERIC GOODMAN, AND WILLIAM BAILEY

Appellees

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearances of Shelayne Clemmer and Kevin M. Young, as the attorneys of record for Appellees, Nancy Sumners, Christine Ikenaga, Patrick Gasiorowski, and Eric J. Goodman, in the above-referenced matter. Their information is as follows:

Shelayne Clemmer, Lead
State Bar of Texas No. 24044733
PRICHARD, HAWKINS, McFARLAND & YOUNG, LLP
10101 Reunion Place, Suite 600
San Antonio, Texas 78216
(210) 477-7407 – (direct)
(210) 477-7450 – (fax)
sclemmer@phmy.com

Kevin M. Young
State Bar of Texas No. 22199700
PRICHARD, HAWKINS, McFARLAND & YOUNG, LLP
10101 Reunion Place, Suite 600
San Antonio, Texas 78216
(210) 477-7404 – (direct)
(210) 477-7450 – (fax)
kyoung@phmy.com

Dated this 29th day of January, 2015.

Respectfully submitted,

*/s/ Shelayne Clemmer*
Shelayne Clemmer
State Bar No. 24044733
sclemmer@phmy.com

Kevin M. Young
State Bar No. 22199700
kyoung@phmy.com

PRICHARD, HAWKINS, McFARLAND & YOUNG, LLP
Union Square, Suite 600
10101 Reunion Place
San Antonio, TX 78216
Telephone: (210) 477-7400
Facsimile: (210) 477-7450